IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RAFAEL MARTINEZ MILANO
MARIA EDUVIGES GONZALEZ MENDOZA

CASE NO.   11-00945-ESL

CHAPTER 13

DEBTOR(S)

**NOTICE OF WITHDRAWAL**
**MOTION TO DISMISS DOCKET (13)**

**TO THE HONORABLE COURT:**

Comes now Alejandro Oliveras Rivera, Chapter 13 Trustee and very respectfully states and prays:

1.   In the present case, the Trustee filed a/an Motion to Dismiss (docket#13) on 03/29/2011.

2.   Trustee hereby withdraws the above mentioned document.

**CERTIFICATE OF SERVICE:** I hereby certify that on this same date I electronically filed the above document with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all those who in this case have registered for receipt of notice by electronic mail. I further certify that the foregoing has been served to the U.S. Trustee at ustpregion21.hr.ecf@usdoj.gov and by depositing true and correct copies thereof in the United States Mail, postage prepaid, to the non CM/ECF participants as per the attached certificate of service.

**RESPECTFULLY SUBMITTED** in San Juan, Puerto Rico this, 4/8/2011.

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN PR 00902-4062
TEL. (787)977-3500 FAX (787)977-3521

11-00945-ESL                    CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the foregoing document was mailed by first class mail or electronically sent
to the parties listed below:


R FIGUEROA CARRASQUILLO LAW OFFICE PSC*

PO BOX 193677
SAN JUAN, PR  00919 -3677



JOSE RAFAEL MARTINEZ MILANO and MARIA EDUVIGES GONZALEZ MEND
CAGUAS TOWER APT 302
CAGUAS, PR  00725



DATED:    April 08, 2011                          s/Walter Lugo
                                                  OFFICE OF THE CHAPTER 13 TRUSTEE
          Page 1 of 1        - CASE    11-00945-ESL