IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

JOSE RAFAEL MARTINEZ MILANO

MARIA EDUVIGES GONZALEZ MENDOZA

    DEBTOR(S)

CASE 11-00945-ESL

CHAPTER 13

## TRUSTEE'S REPORT ON CONFIRMATION

1. A meeting of creditors pursuant to Section 341 was held on **March 15, 2011**. The meeting was (was not) duly attended by debtor(s) and their attorney.

2. The liquidation of the estate is: 0.00

3. With respect to the attached payment plan:

AMENDED PLAN DATE: April 06, 2011     PLAN BASE: $16,200.00

TRUSTEE'S COMMENTS AND RECOMENDATIONS DATED: 4/8/2011

[X] FAVORABLE     [ ] UNFAVORABLE

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [ ] OTHER:

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

Atty Fee:$3,000.00 /$126.00/$2,874.00

Atty: R FIGUEROA CARRASQUILLO

/s/ Pedro R Medina

Pedro R Medina

USDC #226614

For:

**ALEJANDRO OLIVERAS RIVERA**

Chapter 13 Trustee

PO Box 9024062, Old San Juan Station

San Juan PR 00902-4062