IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. *11-00945 ESL* |
|---|---|
| JOSE R. MARTINEZ MILANO <br> MARIA E. GONZALEZ MENDOZA <br> DEBTOR (S) | *CHAPTER 13* |

## NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE COURT:

COME NOW, *JOSE R.MARTINEZ MILANO and MARIA E. GONZALEZ MENDOZA*, debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. Debtors have changed their postal address as follows:

> **CAGUAS TOWER**
> **APARTAMENTO 801**
> **CAGUAS, PR 00725**

**WHEREFORE**, debtors respectfully request from this Honorable Court take notice of the foregoing and Order the Clerk's office to amend and correct the aforementioned information.

**HEREBY CERTIFY** that on this same date a copy of this motion has been electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Chapter 13 Trustee, Alejandro Oliveras, Esq.; and also certify that I

have mailed by United State Postal Service copy of this motion to he following non CM/ECF participant debtors, José R. Martinez Milano and Maria E. Gonzalez Mendoza; and to all creditors appearing in the amended master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 13th of May, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR PETITIONER
USDC #203614
PO BOX 193677
SAN JUAN PR 00919-3677
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@prtc.net